UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 05-33228-WRS
                                                         Chapter 7
JACINTA NICOLE GREEN,

    Debtor

CHECKCARE SYSTEMS and
A & M FURNITURE MART INC.,

    Plaintiff                                        Adv. Pro. No. 06-3002-WRS

  v.

JACINTA NICOLE GREEN,

    Defendant

## MEMORANDUM DECISION

This Adversary Proceeding came before the Court for trial on August 22, 2006. The Plaintiffs were present by counsel Richard C. Dean, Jr. No appearance was made for Defendant Jacinta Nicole Green. It appears that Green is indebted to Plaintiffs A&M Furniture Mart., Inc., and Checkcare Systems, Inc., pursuant to a judgments entered in the District Court of Montgomery County, under Case No. SM-2002-3406, in the amount of $495, plus costs and interest, and Case No. SM-2000-8179, in the amount of $543.95, plus costs and interest. The Plaintiffs allege that these indebtedness are excepted from the Debtor's discharge pursuant to 11 U.S.C. § 523(a)(2). Having reviewed the evidence submitted by the Plaintiffs, the Court is of the view that judgment by default should be entered in favor of the Plaintiffs and against the Debtor. The Court finds that the subject indebtedness is excepted from the Debtor's discharge. The

Court will further provide that the objections to discharge will be dismissed by way of a separate order.

Done this 19th day of October, 2006.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Richard C. Dean Jr., Attorney for Plaintiff
   Jacinta Nicole Green, Defendant